

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Carley Yvonne Cooper, Appellant

No. 06-24-00049-CR        v.

The State of Texas, Appellee

Appeal from the 6th District Court of Lamar County, Texas (Tr. Ct. No. 30321). Panel consists of Chief Justice Stevens and Justices van Cleef and Rambin. Memorandum Opinion delivered by Justice Rambin.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below. Therefore, we modify the trial court's judgment by deleting the phrase "**TWENTY-FOUR (24) MONTHS IN THE TEXAS DEPARTMENT OF CRIMINAL JUSTICE-STATE JAIL DIVISION**" from the "Terms of Plea Bargain" section. As modified, we affirm the judgment of the trial court.

We note that the appellant, Carley Yvonne Cooper, has adequately indicated her inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED SEPTEMBER 17, 2024
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk